**IGNACIA S. MORENO**
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
Washington, D.C.
**KAREN L. LOEFFLER**
United States Attorney
Anchorage, Alaska
**DAVID F. ASKMAN**
U.S. Department of Justice
Environmental Enforcement Section
1961 Stout Street - 8th Floor
Denver, CO   80294
Phone: (303) 844-1381
Fax: (303) 844-1350
**RICHARD L. POMEROY**
Assistant United States Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513
Phone: (907) 271-5071

Attorneys for Plaintiff United States of America

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | Case No. 3:10-cv-00117-RRB |
| Plaintiff, | |
| v. | **PLAINTIFF UNITED STATES' NOTICE** |
| | **OF LODGING SETTLEMENT** |
| GRANITE CONSTRUCTION COMPANY successor-in-interest to WILDER CONSTRUCTION COMPANY, | |
| Defendant. | |

The Plaintiff United States of America, on behalf of the Environmental Protection

Agency, hereby gives notice that it is lodging with the United States District Court for the District

of Alaska a proposed Consent Decree that would resolve claims alleged by the United States against Granite Construction Company, successor-in-interest to Wilder Construction Co., in the Complaint.

Pursuant to Paragraph 30 of its terms, the Consent Decree will be available for public comment for a period of thirty days from the date on which the Federal Register publishes notification of its lodging. Once the thirty day public comment period has expired and any comments have been considered, Plaintiff may then move for entry of the Consent Decree.

Accordingly, the United States requests that the Court defer action on the Consent Decree until the Plaintiff moves for its entry or notifies the Court that the Consent Decree will be withdrawn.

Respectfully submitted,

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources
  Division

| | |
|---|---|
| 6/2/2010 | s/ David F. Askman |
| Date | David F. Askman, Senior Counsel |
| | U.S. Department of Justice |
| | Environmental Enforcement Section |
| | 1961 Stout Street - 8th Floor |
| | Denver, CO 80294 |
| | (303) 844-1381 |

# CERTIFICATE OF SERVICE

I certify that on this 2nd day of June, 2010, I served Plaintiff United States' Notice of Lodging of Consent Decree electronically on Amy J. MacKenzie, Esq. at the following email address: AMacKenzie@PerkinsCoie.com.

s/ David F. Askman
DAVID F. ASKMAN